# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion to continue the trial date and pretrial motions deadline (Dkt. No. 12). Having reviewed the motion and the relevant record, the Court finds that:

1. Failure to grant the continuance in this case would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

2. Taking into account the exercise of due diligence, failure to grant the continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, due to defense counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The additional time requested is a reasonable period of delay, as more time is

necessary for defense counsel to prepare for trial, investigate the matter, gather evidence material to the defense, and consider possible defenses. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    4.    The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    5.    Defendant has filed a speedy trial waiver consenting to a continuance of his trial to any date up to and including April 2, 2018 (Dkt. No. 13).

The stipulated motion to continue the trial (Dkt. No. 12) is GRANTED. The trial date in this matter is continued from November 13, 2017, to March 12, 2018. Pretrial motions are to be filed no later than January 15, 2018. The period of delay from the date of this Order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 5th day of October 2017.

                          William M. McCool
                          Clerk of Court

                          s/Tomas Hernandez
                          Deputy Clerk