THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Richard Blick's unopposed[1] motion for withdrawal and substitution of counsel (Dkt. No. 15). The Court hereby GRANTS Defendant's motion and allows attorney Greg Murphy to withdraw from representing him and attorney Stephan Illa to act as his retained counsel of record. The Court respectfully DIRECTS the Clerk to notify the parties and attorneys Murphy and Illa.

//

//

---

[1] The Government's deadline to respond to the motion was October 30, 2017. *See* W.D. Wash. Local Crim. R. 12(b)(2). The Court construes the Government's failure to respond as an admission that the motion has merit. *See* W.D. Wash. Local Crim. R. 12(b)(4).

MINUTE ORDER, CR17-0216-JCC
PAGE - 1

1       DATED this 1st day of November 2017.

William M. McCool  
Clerk of Court

/s/Tomas Hernandez  
Deputy Clerk