THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the government's Motion to Continue Response Deadlines (Dkt. No. 27). Finding good cause, the Court GRANTS the motion. The government's response to Defendant's eight motions (Dkt. Nos. #18-26), shall be due January 24, 2018.

DATED this 22nd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk