THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for an order directing the government to review its personnel files for *Brady* material pursuant to *U.S. v. Henthorn*, 931 F.2d 29, 30–31 (9th Cir. 1991) and disclose relevant information, and Defendant's motions for orders directing the Government to disclose evidence the Government intends to use pursuant to Federal Rules of Evidence 404(b), 702, 703, and/or 705 (Dkt. Nos. 18, 20, 21). The Court is troubled by the filing of these motions, in the absence of any basis to believe that the Government is not complying with its disclosure obligations, much less an actual request for the Government to provide specific information, prior to Defendant's motion to this Court.

The Local Rules expressly require the parties to meet and confer to solve disputed discovery issues before placing them before the Court. Defendant's motions give no indication

that this occurred. The Court will only consider motions by Defendant in conformity with the Local Rules. Accordingly, the Court DENIES Defendant's motions seeking an order from this Court directing Government disclosures (Dkt. Nos. 18, 20, 21).

DATED this 29th day of January 2018.

<u>William M. McCool</u><br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk