THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to exclude evidence of prior convictions and imprisonment (Dkt. No. 19). Having thoroughly considered the parties' briefing and the relevant record, the Court DENIES the motion without prejudice for the reasons explained herein.

Defendant is charged with Possession of Child Pornography and Receipt of Child Pornography. (*See* Dkt. No. 7.) The Government notified defense counsel of its intent to introduce Defendant's previous convictions for Rape of a Child in the Second Degree. (Dkt. No. 35-1 at 5–6.) Defendant moves to exclude this evidence for all purposes, except impeachment. (Dkt. No. 19 at 1–2) (citing Fed. R. Evid. 609(a)(1)). But Federal Rule of Evidence 414 permits the introduction of prior acts of child molestation, irrespective of the limits of Rule 404(b), in situations such as this. *U.S. v. Redlightning*, 624 F.3d 1090, 1120 (9th Cir. 2010). Defendant has not provided a compelling argument to exclude the convictions, and the Court holds that they are

admissible subject to Federal Rule of Evidence 403. *See U.S. v. LeMay*, 260 F.3d 1018, 1022 (9th Cir. 2001). The Court reserves its Rule 403 determination regarding this evidence until trial, where the risk of unfair prejudice to Defendant from such evidence will be more readily determined.

Accordingly, the court DENIES Defendant's motion without prejudice. (Dkt. No. 19.)

DATED this 29th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE