THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A jury trial in the above-captioned matter is scheduled for March 12, 2018. Defendant has submitted a motion pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) (Dkt. No. 22), to which the Government has responded (Dkt. No. 33). The Court will provide a written ruling on this motion when able. Defendant has also submitted motions *in limine* (Dkt. No. 23), to which the Government has responded (Dkt. No. 32). The Court will provide oral rulings on the motions *in limine* the first morning of trial.

Trial briefs, voir dire, and proposed jury instructions are normally due ten (10) days before trial. *See* W.D. Wash. Local Crim. Rules 23.1, 24, 30(c). To accommodate the Court's schedule, the parties are DIRECTED to file these items twelve (12) days before trial. The parties are reminded that a list of trial exhibits is to be exchanged no later than fourteen (14) days before

1 | trial. *See* W.D. Wash. Local Crim. Rule 16(g).

2 | The parties are DIRECTED to submit two sets of course-of-trial and end-of-trial jury instructions and a verdict form: one numbered sequentially, with citations, indicating whether the instruction is agreed or disputed, and another set without numbering, citations, or indication whether the instruction is agreed or disputed. All standard jury instructions should be included. A clean copy of the proposed instructions and verdict form should also be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

DATED this 29th day of January 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk