THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD DAVIS BLICK,<br><br>  Defendant. | CASE NO. CR17-0216-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court DIRECTS Courthouse Security to allow counsel in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, March 12, 2018.

DATED this 1st day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

PAGE - 1