THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BLICK,<br><br>Defendant. | CASE NO. CR17-0216-JCC<br><br>ORDER<br><br>Jury in Deliberation |

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

DATED this 14th day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE