THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RICHARD BLICK,<br><br>           Defendant. | CASE NO. CR17-0216-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Clerk is DIRECTED to tender payment in the amount of $109.13 for the jury lunch on March 14, 2018 (invoice dated March 23, 2018).

DATED this 27th day of March 2018.

                                       William M. McCool
                                       Clerk of Court

                                       s/Paul Pierson
                                       Deputy Clerk