THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

This matter comes before the Court on the Government's motion to seal (Dkt. No. 85) its addendum to its sentencing memorandum (Dkt. Nos. 86, 86-1). The Court hereby GRANTS the motion for the reasons explained herein.

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). This presumption applies particularly to "dispositive pleadings." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Id*. The Government seeks to maintain under seal opening and closing Powerpoint presentations presented at trial, as they present sensitive information regarding the minor victims in this case (Dkt. No. 85 at 1–2.) That information is highly personal and the disclosure of which would be harmful to Mr. Blick's victims. In contrast, the public has no compelling interest in this information. Therefore, the Government has

demonstrated a compelling reason to seal the records that outweighs the public's interest in their disclosure.

For the foregoing reasons, the Government's motion (Dkt. No. 85) is GRANTED. The Clerk is DIRECTED to maintain Dkt. Nos. 86 and 86-1 under seal.

DATED this 24th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

CR17-0216-JCC
PAGE - 2