THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD BLICK,

Defendant.

CASE NO. CR17-0216-JCC

ORDER

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 101) for the following property:

1. One Dell laptop;
2. One ASUS laptop;
3. One Samsung Tablet; and
4. Any and all images of child pornography, in whatever form and however stored.

The Court, having reviewed the motion and the relevant record, GRANTS the motion (Dkt. No. 101) and FINDS that entry of a final order of forfeiture is appropriate because:

1. The Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 92);
2. Thereafter, the United States published notice of the pending forfeitures as required

ORDER
CR17-0216-JCC
PAGE - 1

1. by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 100); and

3. The time for filing third-party petitions has expired and none were filed.

Therefore, the Court ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

DATED this 16th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE