THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0216-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD BLICK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay briefing on Mr. Blick's motion for compassionate release (Dkt. No. 120). Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. Counsel for Mr. Blick is ORDERED to inform the Court by January 25, 2021 whether he will file a supplemental or amended motion for compassionate release. If such a motion will be filed, the parties shall file a stipulated motion setting forth the parties' views on an appropriate briefing schedule. If a supplemental or amended motion will not be filed, the Government shall respond to Mr. Blick's pending motion (Dkt. No. 117) within 14 days of the date on which counsel for Mr. Blick's notice is filed.

//

MINUTE ORDER
CR17-0216-JCC
PAGE - 1

1     DATED this 17th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk