THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD BLICK,<br><br>　　　　　　　Defendant. | CASE NO. CR17-0216-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On December 17, 2020, the Court granted the parties' stipulated motion to stay briefing on Mr. Blick's motion for compassionate release. (Dkt. 121.) The Court ordered counsel for Mr. Blick to inform the Court by January 25, 2021 whether he would file a supplemental or amended motion for compassionate release. (*Id.*) Counsel for Mr. Blick has not filed the notice. Accordingly, the Court ORDERS counsel for Mr. Blick to inform the Court by February 19, 2021 whether he will file a supplemental or amended motion for compassionate release. If such a motion will be filed, the parties shall file a stipulated motion setting forth the parties' views on an appropriate briefing schedule. If a supplemental or amended motion will not be filed, the Government shall respond to Mr. Blick's pending motion (Dkt. No. 117) no later than March 5, 2021.

MINUTE ORDER
CR17-0216-JCC
PAGE - 1

DATED this 16th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk