THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD BLICK,<br><br>  Defendant. | CASE NO. CR17-0216-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Having reviewed Mr. Blick's *pro se* Motion of Clarification (Dkt. No. 134), the Court finds no basis to maintain the motion under seal and DIRECTS the Clerk to unseal the motion. The Court's previous minute order referred to a supplemental motion for compassionate release filed by Mr. Blick's counsel under a separate case number. That motion has since been filed under the proper case number and is scheduled for determination.

DATED this 24th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk